NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELOY ESPARZA,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES BORDER PATROL, DEL RIO SECTOR,**

*Respondents*

---

2023-1781

---

Petition for review of an arbitrator's decision in No. 220805-08250 by T. Zane Reeves.

---

**O R D E R**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                    ESPARZA V. DHS

accordance with the rules.

FOR THE COURT



June 3, 2024
     Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 3, 2024